UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Chengcheng Zhang, Individually and on behalf
of all others similarly situated,                                                    JUDGMENT
                                                                                                  20-CV-02776 (DG) (AYS)
        Plaintiff,
   v.

Asian Moon Restaurant Corp. d/b/a Asian Moon,
Vickie S Li, Sherry Li,

        Defendants.
----------------------------------------------------------------X

     A Memorandum and Order of the Honorable Diane Gujarati, United States District Judge, having been filed on May 9, 2022, adopting the Report and Recommendation of Magistrate Judge Anne Y. Shields, dated March 15, 2022, granting Plaintiff's Motion for Default Judgment; awarding Plaintiff damages as follows: (1) unpaid minimum wage and overtime compensation, pursuant to both the FLSA and the NYLL, in the amount of $63,030.00; (2) spread of hours damages in the amount of $7,848.00; (3) liquidated damages, pursuant to both the FLSA and the NYLL, in the amount of $70,878.00; (4) $10,000.00 in damages for violations of the WTPA; (5) pre-judgment interest through the date of the R&R in the amount of $17,287.72, with additional interest to be calculated at a rate of $17.48 per day through the date of judgment; and (6) post-judgment interest, to be calculated by the Clerk of the Court, pursuant to 28 U.S.C. § 1961; awarding Plaintiff $12,930.00 in attorney's fees, and costs in the amount of $733.50; and the Clerk of Court having calculated the additional pre-judgment interest at the rate set forth above, and the pre-judgment interest being $978.88; it is

     ORDERED and ADJUDGED that Plaintiff's Motion for Default Judgment is granted; and that Plaintiff is awarded a total amount of $183,686.10, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

Dated: Brooklyn, New York　　　　　　　　　　　Brenna B. Mahoney
　　　　May 10, 2022　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:　*/s/Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk