**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Chengcheng Zhang, Individually and on behalf of all
others similarly situated*,*

Civil Action No. 2:**20-cv-02776-DG-AYS**

*Plaintiff,*

**JUDGMENT**

-against-

ASIAN MOON RESTAURANT CORP. d/b/a
ASIAN MOON, VICKIE S LI, SHERRY LI,

*Defendants.*
                                                              X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**<u>JUDGMENT</u>**

On July 14, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule

68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiff, Chengcheng Zhang, has a judgment against ASIAN MOON

RESTAURANT CORP. d/b/a ASIAN MOON, and VICKIE S LI jointly and severally, in the

amount of Nine Thousand Dollars and No Cents ($42,000.00), which is inclusive of attorneys'

fees and costs.


Dated:  July 24, 2023
        Brooklyn, NY

BRENNA B. MAHONEY
CLERK OF COURT
BY:  *Jalitza Poveda*
                Deputy Clerk